BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00416-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ENEDINO DIAZ ORNALES, | |
| Defendant. | |

WHEREAS, on June 6, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Enedino Diaz Ornales in the following property:

    a. a .40 caliber Glock handgun, and
    b. all ammunition seized in this case.

AND WHEREAS, beginning on July 5, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the

1     Final Order of Forfeiture

1  forfeited property;

2  AND WHEREAS, the Court has been advised that no third party has
3  filed a claim to the subject property and the time for any person or
4  entity to file a claim has expired.

5  Accordingly, it is hereby ORDERED and ADJUDGED:

6  1.   A Final Order of Forfeiture shall be entered forfeiting to
7  the United States of America all right, title, and interest in the
8  above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §
9  2461(c), to be disposed of according to law, including all right,
10 title, and interest of Enedino Diaz Ornales.

11 2.   All right, title, and interest in the above-listed property
12 shall vest solely in the name of the United States of America.

13 3.   The Bureau of Alcohol, Tobacco, Firearms and Explosives
14 shall maintain custody of and control over the subject property until
15 it is disposed of according to law.

IT IS SO ORDERED.

Dated:   October 8, 2013                    _____
                                            SENIOR DISTRICT JUDGE