1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ENEDINO ORNELAS
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:12-cr-00416-AWI-BAM

12              Plaintiff,
                                         **REQUEST FOR RULE 43 WAIVER OF
13  vs.                                  APPEARANCE; ORDER**

14  ENEDINO ORNELAS,

15              Defendant.

16

17

18       Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Enedino Ornelas, having been

19  advised of his right to be present at all stages of the proceedings, hereby requests that this Court

20  permit him to waive his right to personally appear at all non-substantive proceedings. Ms.

21  Ornelas agrees that his interests shall be represented at all times by the presence of his attorney,

22  the Office of the Federal Defender for the Eastern District of California, the same as if he were

23  personally present, and requests that this Court allow his attorney-in-fact to represent him

24  interests at all times.

25  //

26  //

27  //

28  //

Respectfully submitted,

Date: January 12, 2020        /s/ Original Signature on File
                              ENEDINO ORNELAS


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: January 16, 2020        */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              ENEDINO ORNELAS


## **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: **January 16, 2020**        /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE