MCGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00416-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: VIOLATION OF SUPERVISED RELEASE |
| ENEDINO DIAZ ORNELAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, REED GRANTHAM, attorney for Defendant ENEDINO DIAZ ORNELAS, and JESSICA MASSEY, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for April 23, 2020, at 2:00pm shall be continued until June 22, 2020, at 2:00pm.

The parties agree and stipulate, and request that the Court find the following:

1. Due to the current COVID-19 pandemic, the Court's General Order 612 (issued March 18, 2020) ordered all of the courthouses in the Eastern District of California closed to the public. Additionally, counsel and other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible. It will be difficult to avoid personal contact should the hearing proceed.

2. This continuance will allow the parties more time to confer with Probation about a possible resolution.

3. The government does not object to the continuance.

Dated: April 17, 2020                               Respectfully submitted,

                                                    /s/ Jessica A. Massey
                                                    JESSICA A. MASSEY
                                                    Assistant U.S. Attorney

Dated: April 17, 2020                               /s/ Reed Grantham
                                                    REED GRANTHAM
                                                    Assistant Federal Defender

**ORDER**

The status conference as to the above named defendant currently scheduled for April 23, 2020, at 2:00 pm, is continued until June 22, 2020, at 2:00pm.

IT IS SO ORDERED.

Dated:   **April 17, 2020**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE