HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ENEDINO ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ENEDINO ORNELAS,<br><br>　　　　　　Defendant. | Case Nos. 1:12-cr-00416-DAD-BAM<br><br>**STIPULATION AND ORDER TO DISMISS SUPERVISED RELEASE VIOLATION PETITION AND VACATE STATUS CONFERENCE** |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Enedino Ornelas, that the supervised release violation petition filed September 10, 2019 (*see* Dkt. #23) be dismissed, that the status conference currently set for June 22, 2020, at 2:00 p.m., be vacated, and that Mr. Ornelas continue on supervision under the same terms and conditions of his supervised release previously imposed on July 8, 2013 (*see* Dkt. #18, 19).

　　　　A supervised release violation petition was filed in this case on September 10, 2019. *See* Dkt. #23. On September 18, 2019, Mr. Ornelas was ordered released pending the violation petition and placed on additional terms and conditions imposed by the magistrate court, including that Mr. Ornelas reside at the Christian Sober Living Home—a sober living home

located in Clovis, California—and that he attend weekly AA meetings. *See* Dkt. #30, 31, 32. He was formally released on September 22, 2020, to reside at the sober living home. *See* Dkt. #30, 31, 32. Between September 22, 2019, and February 12, 2020, Mr. Ornelas resided at the Christian Sober Living Home. He also attended weekly AA meetings, participated in a DUI program, remained employed through a local union, and complied with all other terms and conditions of his release.

On February 12, 2020, this Court approved of a probation Form 49 modification request that Mr. Ornelas be permitted to move out of the sober living home and that he be subject to electronic monitoring. *See* Dkt. #41. Since that time, Mr. Ornelas has continued to attend AA meetings, participate in his DUI program, has remained employed though his union, and has complied with all other terms and conditions of his release, including the electronic monitoring condition.

In light of the above, the parties, in agreement with the recommendation of United States Probation Officer Rick Tarazon, agree that the petition in this case be dismissed and that Mr. Ornelas continue on supervision under the terms and conditions of his release previously imposed on July 8, 2013 (*see* Dkt. #18, 19).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Date: June 16, 2020 | */s/ Jessica Massey*<br>JESSICA MASSEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 16, 2020 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>ENEDINO ORNELAS |

**O R D E R**

**IT IS HEREBY ORDERED** that the supervised release violation petition filed on September 10, 2019, be dismissed. Additionally, the June 22, 2020 status conference is hereby vacated. Mr. Ornelas is to remain on supervision and subject to the terms and conditions previously imposed on July 8, 2013.

IT IS SO ORDERED.

Dated:   **June 16, 2020**

_____
UNITED STATES DISTRICT JUDGE